UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAL EXCAVATION AND UNDERGROUND, INC. DBA CAL EXCAVATION UNDERGROUND, INC., <br><br> Defendant. | Case No. 18-cv-06530-WHO <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION; ENTERING DEFAULT JUDGMENT** <br><br> Re: Dkt. No. 42 |

On January 28, 2020, Magistrate Judge Joseph C. Spero issued a Report and Recommendation, recommending that I: (i) grant default judgment on plaintiff's claims that defendant Cal Excavation and Underground, Inc. dba Cal Excavation Underground, Inc. has not participated in an audit; (ii) award plaintiffs $11,807.36 in attorneys' fees and costs; and (iii) require defendant to produce various categories of documents to plaintiffs so that plaintiffs may effectively audit defendant's payroll records to determine whether defendant has made full payment of all sums owed under the applicable Bargaining and Trust Agreements. Dkt. No. 42 at 2-3, 10-11. Judge Spero also recommends that I retain jurisdiction and allow plaintiffs to move to amend the default judgment following the completion of that audit. *Id*. at 11.

Objections to the Report and Recommendation were due on or before February 17, 2020. As of today's date, no objection or other response has been filed by defendant.

Having reviewed the record in the case, I agree with Judge Spero's Report and Recommendation and adopt it in every respect. Default judgment is GRANTED as follows:

(1) Plaintiffs' motion for default judgment on plaintiffs' claims that defendant has not participated in the audit is GRANTED;

(2) Plaintiffs are AWARDED $11,807.36 in reasonable costs and attorneys' fees incurred between May 21, 2018 through January 17, 2020;

(3) Defendant Cal Excavation and Underground, Inc. dba Cal Excavation Underground,

Inc. shall promptly produce to Plaintiffs the following documents needed to conduct an audit of its payroll records for the period from April 1, 2017 through February 28, 2018:

    a) Weekly payroll journals containing hours and wages paid;

    b) Individual earnings records;

    c) Employers quarterly federal and state payroll tax returns and annual earnings reports (Forms W-2 and W-3);

    d) Workers compensation reports

    e) Personnel documentation reflecting job descriptions;

    f) Employer copies of monthly contributions reports to all fringe benefit funds to which you contribute;

    g) Cash disbursement journals;

    h) Other journals and records, as necessary, which may include time cards, dispatch slips, and/or invoices.

This Court shall retain jurisdiction over the matter to allow plaintiffs to submit a motion to amend the judgment after they complete the audit.

**IT IS SO ORDERED.**

Dated: February 24, 2020

William H. Orrick
United States District Judge